UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:11CV-P145-M

**RUSSELL G. FARMER**                                                                          **PETITIONER**

**v.**

**RANDY WHITE**                                                                                       **RESPONDENT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, **IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

A certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED** as no jurists of reason could debate the Court's decision.

This is a **final** Order.

Date:

cc:   Petitioner, *pro se*
      Counsel of record
4414.008